AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Ronald J. Allison,

          Plaintiff,

V.

The Employees of Stien Hospital,

          Defendant.

FINAL JUDGMENT IN A CIVIL CASE

Case Number 2:21-cv-01401-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant The Employees of Stien Hospital, and against Plaintiff Ronald J. Allison, without Prejudice.

This case is now closed.

10/3/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk